# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § <br> § <br> Plaintiff, § <br> § **Civil Action No. 6:09-cv-304** <br> v. § <br> § **JURY TRIAL DEMANDED** <br> (1) ORACLE CORPORATION, § <br> (2) ORACLE USA, INC., § <br> (3) YAHOO!, INC., § <br> (4) GOOGLE, INC., § <br> (5) FAIR ISAAC CORP., § <br> (6) FIDELITY INVESTMENTS, LLC, § <br> (7) SCOTTRADE, INC., § <br> (8) TD AMERITRADE, INC., § <br> (9) HALLIBURTON CO., § <br> (10) E-TRADE SECURITES, LLC, AND § <br> (11) CHARLES SCHWAB & CO., INC., § <br> § <br> Defendants. § <br> § <br> § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 14, 2009

Respectfully submitted,

By: /s/ Danny L. Williams
Danny L. Williams
Texas State Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com