**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **Civil Action No. 6:09-cv-304** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| (1) **ORACLE CORPORATION,** § | |
| (2) **ORACLE USA, INC.,** § | |
| (3) **YAHOO!, INC.,** § | |
| (4) **GOOGLE, INC.,** § | |
| (5) **FAIR ISAAC CORP.,** § | |
| (6) **FIDELITY INVESTMENTS, LLC,** § | |
| (7) **SCOTTRADE, INC.,** § | |
| (8) **TD AMERITRADE, INC.,** § | |
| (9) **HALLIBURTON CO.,** § | |
| (10) **E-TRADE SECURITES, LLC, AND** § | |
| (11) **CHARLES SCHWAB & CO., INC.,** § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew R. Rodgers, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 14, 2009          Respectfully submitted,

By: /s/ Matthew R. Rodgers
Matthew R. Rodgers
Texas State Bar No. 24041802
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: mrodgers@wmalaw.com