# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **Civil Action No. 6:09-cv-304** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| (1) ORACLE CORPORATION, § | |
| (2) ORACLE USA, INC., § | |
| (3) YAHOO!, INC., § | |
| (4) GOOGLE, INC., § | |
| (5) FAIR ISAAC CORP., § | |
| (6) FIDELITY INVESTMENTS, LLC, § | |
| (7) SCOTTRADE, INC., § | |
| (8) TD AMERITRADE, INC., § | |
| (9) HALLIBURTON CO., § | |
| (10) E-TRADE SECURITES, LLC, AND § | |
| (11) CHARLES SCHWAB & CO., INC., § | |
| § | |
| Defendants. § | |
| § | |
| § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Christopher N. Cravey, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 14, 2009    Respectfully submitted,

By: /s/ Christopher N. Cravey
Christopher N. Cravey
Texas State Bar No. 24034398
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: ccravey@wmalaw.com