IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ALOFT MEDIA, LLC, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-cv-304 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| (1) ORACLE CORPORATION, | § | |
| (2) ORACLE USA, INC., | § | |
| (3) YAHOO!, INC., | § | |
| (4) GOOGLE, INC., | § | |
| (5) FAIR ISAAC CORP., | § | |
| (6) FIDELITY INVESTMENTS, LLC, | § | |
| (7) SCOTTRADE, INC., | § | |
| (8) TD AMERITRADE, INC., | § | |
| (9) HALLIBURTON CO., | § | |
| (10) E-TRADE SECURITIES, LLC, AND | § | |
| (11) CHARLES SCHWAB & CO., INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75601
Phone: (903) 757-8449
Fax: (903) 758-7397
aab@emafirm.com

1

Respectfully submitted,

/s/ Adam Biggs

Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
aab@emafirm.com

Danny L. Williams
Texas State Bar No. 21518050
Christopher N. Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

*Counsel for Aloft Media, LLC*

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of July, 2009.

                                                                                    Adam A. Biggs