# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:09-CV-304 |
| | ) | |
| ORACLE CORP., ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Aloft Media LLC and Google Inc. jointly move to dismiss all claims brought by Aloft Media LLC with prejudice, and all claims, counterclaims and defenses made by Google Inc. without prejudice. Google Inc. shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Aloft has not released, and nothing in this dismissal shall be construed as a license, release or discharge of, any claim Aloft has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved. Each party is to bear its own costs and attorney fees.

Dated this 8th day of September, 2009.

Respectfully submitted,

ALOFT MEDIA LLC

By its Attorneys

*[signature]*
Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Phone: 903-757-8449
Fax: 903-758-7397


GOOGLE INC.

By its attorneys


*/s/ Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Robert F. Perry<br>
rperry@kslaw.com<br>
Scott T. Weingaertner<br>
sweingaertner@kslaw.com<br>
Christopher C. Carnaval<br>
ccarnaval@kslaw.com<br>
KING & SPALDING LLP<br>
1185 Avenue of the Americas<br>
New York, NY 10036-4003<br>
Telephone:  (212) 556-2100<br>
Facsimile:  (212) 556-2222

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day of September, 2009.

_/s/ Eric M. Albritton_
Eric M. Albritton