Aloft Media, LLC v. Oracle Corporation et al — Doc. 18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-304 |
| | § | |
| (1) ORACLE CORPORATION, | § | JURY TRIAL DEMANDED |
| (2) ORACLE USA, INC., | § | |
| (3) YAHOO!, INC., | § | |
| (4) GOOGLE, INC., | § | |
| (5) FAIR ISAAC CORP., | § | |
| (6) FIDELITY INVESTMENTS, LLC, | § | |
| (7) SCOTTRADE, INC., | § | |
| (8) TD AMERITRADE, INC., | § | |
| (9) HALLIBURTON CO., | § | |
| (10) E-TRADE SECURITIES, LLC, AND | § | |
| (11) CHARLES SCHWAB & CO., INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF AIMEE PERILLOUX FAGAN AS COUNSEL FOR DEFENDANT HALLIBURTON COMPANY

Please take notice that the following attorney is entering an appearance for Defendant, Halliburton Company, in the above numbered and entitled cause:

Aimee Perilloux Fagan
Texas State Bar No. 24010299
afagan@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Ms. Fagan is currently admitted to practice in the Eastern District of Texas District of Texas.

DATED: November 11, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**

By: /s/ Aimee Perilloux Fagan
Theodore Stevenson, III
   Texas State Bar No. 19196650
   tstevenson@mckoolsmith.com
Aimee Perilloux Fagan
   Texas State Bar No. 24010299
   afagan@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANT HALLIBURTON COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 11, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Anthony M. Garza
Anthony M. Garza