UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:09-cv-304
Name of party requesting extension: E*TRADE SECURITIES, LLC
Is this the first application for extension of time in this case?   ☑ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/12/2009
Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days
New Deadline Date: 1/4/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Christopher M. Joe
State Bar No.: 00787770
Firm Name: Greenberg Traurig, LLP
Address: 2200 Ross Avenue, Suite 5200
Dallas, TX 75201

Phone: (214) 665-3604
Fax: (214) 665-3904
Email: JoeC@gtlawcom

A certificate of conference does not need to be filed with this unopposed application.