IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ALOFT MEDIA, LLC,                          )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        Civil Action No. 6:09-cv-304
                                           )
ORACLE CORPORATION, et al.,                )        JURY TRIAL DEMANDED
                                           )
        Defendants.                        )

### NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT SCOTTRADE, INC.

Defendant, Scottrade, Inc., notifies the Court and the parties of the appearance of Jason

M. Schwent of Thompson Coburn LLP as counsel on its behalf.  Defendant respectfully

requests that Mr. Schwent, who is enrolled in the Court's CM/ECF system and whose contact

information is set forth below, be included on the Court's parties' service lists.


Dated: December 1, 2009                             Respectfully Submitted

                                                   **Thompson Coburn LLP**


                                                   By: /s/ Jason M. Schwent
                                                       Thomas E. Douglass
                                                       John M. Howell
                                                       Jason M. Schwent
                                                   One US Bank Plaza
                                                   St. Louis, MO  63101
                                                   (314) 552-6000
                                                   (314) 552-7000 (fax)

                                                   *Attorneys for Scottrade, Inc..*

5044473.1

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of December, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Jason M. Schwent
Jason M. Schwent