UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:09-cv-304

Name of party requesting extension: Fair Isaac Corporation

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/18/2009

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 31 days

New Deadline Date: 01/08/2009 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Brett C. Govett
State Bar No.: 08235900
Firm Name: Fulbright & Jaworski L.L.P.
Address: 2200 Ross Avenue
Suite 2800
Dallas, Texas   75201
Phone: (214) 855-8000
Fax: (214) 855-8200
Email: bgovett@fulbright.com

A certificate of conference does not need to be filed with this unopposed application.