UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:09-cv-00304

Name of party requesting extension: Charles Schwab & Co., Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 11/16/09

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ___ days

New Deadline Date: 1/6/10   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Aloft Media, LLC v. Oracle Corporation et al          Doc. 32

Full Name: Christopher R. Richie
State Bar No.: 24002839
Firm Name: Sessions, Fishman, Nathan, & Israel, LLP
Address: 900 Jackson Street
         Suite 440
         Dallas, Texas 75202
Phone: 214.741.3001
Fax: 214.741.3055
Email: crichie@sessions-law.biz

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com