# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-304 |
| | § | |
| (1) ORACLE CORPORATION, | § | JURY TRIAL DEMANDED |
| (2) ORACLE USA, INC., | § | |
| (3) YAHOO!, INC., | § | |
| (4) GOOGLE, INC., | § | |
| (5) FAIR ISAAC CORP., | § | |
| (6) FIDELITY INVESTMENTS, LLC, | § | |
| (7) SCOTTRADE, INC., | § | |
| (8) TD AMERITRADE, INC., | § | |
| (9) HALLIBURTON CO., | § | |
| (10) E-TRADE SECURITIES, LLC, AND | § | |
| (11) CHARLES SCHWAB & CO., INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF PHILLIP AURENTZ AS COUNSEL FOR DEFENDANT HALLIBURTON COMPANY

Please take notice that the following attorney is entering an appearance for Defendant, Halliburton Company, in the above-numbered and entitled cause:

Phillip Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Aurentz is currently admitted to practice in the Eastern District of Texas District of Texas.

DATED: December 3, 2009

> Respectfully submitted,
>
> **MCKOOL SMITH, P.C.**
>
> By: /s/ Phillip Aurentz
> Theodore Stevenson, III
>   Texas State Bar No. 19196650
>   tstevenson@mckoolsmith.com
> Aimee Perilloux Fagan
>   Texas State Bar No. 24010299
>   afagan@mckoolsmith.com
> Phillip Aurentz
>   Texas State Bar No. 24059404
>   paurentz@mckoolsmith.com
> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> Telephone: (214) 978-4000
> Telecopier: (214) 978-4044
>
> **ATTORNEYS FOR DEFENDANT HALLIBURTON COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 3, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Phillip Aurentz
Phillip Aurentz