# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-304 |
| | § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT CHARLES SCHWAB & CO., INC.

Defendant Charles Schwab & Co., Inc. files this Notice of Attorney Appearance and hereby identifies **Christopher Richie** as its counsel in this matter. Mr. Richie's contact information is as follows:

> Christopher R. Richie
> Sessions Fishman Nathan and Israel LLP
> 900 Jackson Street
> Suite 440
> Dallas, Texas 75202
> Phone: (214) 741-3001
> Fax: (214) 741-3055
> Email: crichie@sessions-law.biz

All future correspondence, pleadings, and notices concerning this matter should be directed to Mr. Richie.

Respectfully submitted,

/s/ Christopher R. Richie
David R. Clouston
State Bar No. 00787253
Christopher R. Richie
State Bar No. 24002839
Leslye E. Moseley

State Bar No. 24044557
Jessica A. Henson
State Bar No. 24068029

**Sessions, Fishman, Nathan & Israel, LLP**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055
Email: crichie@sessions-law.biz

**ATTORNEYS FOR DEFENDANT
CHARLES SCHWAB CO., INC.**

## CERTIFICATE OF SERVICE

On this 3rd day of December 2009, a copy of the foregoing notice was served upon the all counsel of record by operation of the Court's electronic filling system.

/s/ Christopher R. Richie
Christopher R. Richie