UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:09-CV-304

Name of party requesting extension: Halliburton Co.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/16/2009

Number of days requested: ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 01/06/2010 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Theodore Stevenson, III
State Bar No.: 19196650
Firm Name: McKool Smith, P.C.
Address: 300 Crescent Court, Suite 1500
Dallas, TX 75201

Phone: (214) 978-4000
Fax: (214) 978-4044
Email: tstevenson@mckoolsmith.com

A certificate of conference does not need to be filed with this unopposed application.