6-1-20295

**Appendix K**                                                      Revised: 1/24/07

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2009 DEC -7 PM 2: 24

TEXAS EASTERN

1. This application is being made for the following: Case # 06:09-cv-00304 ___ BY ___
Style: Aloft Media, LLC v. Oracle Corporation, et al.

2. Applicant is representing the following party/ies: Scottrade, Inc.

3. Applicant was admitted to practice in Missouri (state) on 10/04/2006 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Missouri USDC Eastern District; Illinois USDC Central District

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Pamela M. Miller do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/1/09                    Signature _Pamela M Miller_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Pamela M. Miller

State Bar Number 58893

Firm Name:    Thompson Coburn, LLP

Address/P.O. Box:   One US Bank Plaza

City/State/Zip: St. Louis, MO  63101

Telephone #:  314-552-6322

Fax #:  314-552-7322

E-mail Address: pmiller@thompsoncoburn.com

Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This

application has been approved for the court on: _____ **12/7/09** _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____ MLL _____

Deputy Clerk

# Receipt for Payment

# United States District Court

for the

Eastern District of Texas at Tyler

Date: **Monday, December 7, 2009**

Received from:

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

**THOMPSON COBURN**

**ONE US BANK PLAZA**

**ST. LOUIS, MO 63101-1693**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **6:09CV304**

Comments: **PHV APP FOR PAMELA M. MILLER - FIRM CK 604694**

Received by: **MC**