# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| (1) ORACLE CORPORATION, § | |
| (2) ORACLE USA, INC., § | **Civil Action No. 6:09-cv-304** |
| (3) FAIR ISAAC CORP., § | |
| (4) FIDELITY INVESTMENTS, LLC, § | **JURY TRIAL DEMANDED** |
| (5) SCOTTRADE, INC., § | |
| (6) TD AMERITRADE, INC., § | |
| (7) HALLIBURTON CO., § | |
| (8) E-TRADE SECURITES, LLC, § | |
| (9) CHARLES SCHWAB & CO., INC., § | |
| (10) SAP AG, AND § | |
| (11) SAP AMERICA, INC. § | |
| Defendants. § | |
| § | |
| § | |
| § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, J. Mike Amerson, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: December 8, 2009                    Respectfully submitted,

                                By: /s/ J. Mike Amerson
                                J. Mike Amerson
                                Texas State Bar No. 01150025
                                WILLIAMS, MORGAN & AMERSON, P.C.
                                10333 Richmond, Suite 1100
                                Houston, Texas 77042
                                Telephone: (713)934-7000
                                Facsimile: (713) 934-7011
                                E-mail: mike@wmalaw.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 8th day of December, 2009.


                                                                              /s/ Connie Kuykendall