# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:09-cv-304 |
| | ) |
| ORACLE CORPORATION, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## DEFENDANT SCOTTRADE, INC.'S DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant, Scottrade, Inc., states that the parent company of Scottrade, Inc. is Scottrade Financial Services, Inc., that Scottrade, Inc. has no subsidiaries, and that no publicly held corporation owns 10% or more of Scottrade, Inc.'s stock.

Dated: December 11, 2009

    Thompson Coburn LLP


    By: /s/ Jason M. Schwent
      Thomas Douglass
      John H. Howell
      Jason M. Schwent
      Pamela M. Miller
      One US Bank Plaza
      St. Louis, MO 63101
      (314) 552-6000
      (314) 552-7000 (fax)
      tdouglass@thompsoncoburn.com
      jhowell@thompsoncoburn.com
      jschwent@thompsoncoburn.com
      pmiller@thompsoncoburn.com

Trey Yarbrough
Bar No. 22133500
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
(903) 595-0191 (fax)
trey@yw-lawfirm.com

*Attorneys for Defendant Scottrade, Inc.*

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of December, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

    /s/ Jason M. Schwent
Jason M. Schwent