IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:09-CV-304 LED |
| | § | |
| ORACLE CORPORATION, | § | |
| ORACLE USA, INC., | § | |
| FAIR ISAAC CORP., | § | |
| FIDELITY INVESTMENTS, LLC, | § | |
| SCOTTRADE, INC., | § | |
| TD AMERITRADE, INC., | § | |
| HALLIBURTON, CO., | § | |
| E-TRADE SECURITIES, LLC, | § | |
| CHARLES SCHWAB & CO., INC., | § | |
| SAP AG, and SAP AMERICA, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Defendants Charles Schwab & Co., Inc., Fidelity Brokerage Services, L.L.C., E-Trade Securities, L.L.C. and TD Ameritrade, Inc. for purposes of receiving notices and orders from the Court.

DATE: December 29, 2009          Respectfully submitted,

                                 BY: /s/ Otis Carroll
                                 Otis Carroll
                                 State Bar No. 03895700
                                 Deborah Race
                                 State Bar No. 16448700
                                 Ireland, Carroll & Kelley, PC
                                 6101 S. Broadway, Suite 500
                                 Tyler, Texas 75703
                                 Tel: (903) 561-1600
                                 Fax: (903) 581-1071
                                 Email: Fedserv@icklaw.com

                                 ATTORNEYS FOR DEFENDANTS CHARLES
                                 SCHWAB & CO., INC., FIDELITY BROKERAGE
                                 SERVICES, L.L.C., E-TRADE SECURITIES, L.L.C.,
                                 AND TD AMERITRADE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29TH day of December, 2009, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Otis Carroll
Otis Carroll