IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:09-CV-304 LED |
| | § | |
| ORACLE CORPORATION, | § | |
| ORACLE USA, INC., | § | |
| FAIR ISAAC CORP., | § | |
| FIDELITY INVESTMENTS, LLC, | § | |
| SCOTTRADE, INC., | § | |
| TD AMERITRADE, INC., | § | |
| HALLIBURTON, CO., | § | |
| E-TRADE SECURITIES, LLC, | § | |
| CHARLES SCHWAB & CO., INC., | § | |
| SAP AG, and SAP AMERICA, INC. | § | JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Defendants Charles Schwab & Co., Inc., Fidelity Brokerage Services, L.L.C., E-Trade Securities, L.L.C. and TD Ameritrade, Inc. for purposes of receiving notices and orders from the Court.

DATE: December 29, 2009            Respectfully submitted,

                                   BY: /s/ Deborah Race
                                   Otis Carroll
                                   State Bar No. 03895700
                                   Deborah Race
                                   State Bar No. 16448700
                                   Ireland, Carroll & Kelley, PC
                                   6101 S. Broadway, Suite 500
                                   Tyler, Texas 75703
                                   Tel: (903) 561-1600
                                   Fax: (903) 581-1071
                                   Email: Fedserv@icklaw.com

                                   ATTORNEYS FOR DEFENDANTS CHARLES
                                   SCHWAB & CO., INC., FIDELITY BROKERAGE
                                   SERVICES, L.L.C., E-TRADE SECURITIES, L.L.C.,
                                   AND TD AMERITRADE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29TH day of December, 2009, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Deborah Race<br>
Deborah Race