IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:09-CV-304 LED |
| | § | |
| ORACLE CORPORATION, | § | |
| ORACLE USA, INC., | § | |
| FAIR ISAAC CORP., | § | |
| FIDELITY INVESTMENTS, LLC, | § | |
| SCOTTRADE, INC., | § | |
| TD AMERITRADE, INC., | § | |
| HALLIBURTON, CO., | § | |
| E-TRADE SECURITIES, LLC, | § | |
| CHARLES SCHWAB & CO., INC., | § | |
| SAP AG, and SAP AMERICA, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Brooks Beard, enters his appearance

in this matter for Defendants Charles Schwab & Co., Inc., Fidelity Brokerage Services, L.L.C., E-

Trade Securities, L.L.C. and TD Ameritrade, Inc. for purposes of receiving notices and orders from

the Court.

DATE: December 29, 2009                 Respectfully submitted,

BY: /s/ Brooks Beard
Brooks M. Beard
State Bar No. 181271
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7339
Fax: (415) 268-7522
Email: Bbeard@mofo.com

ATTORNEYS FOR DEFENDANTS CHARLES
SCHWAB & CO., INC., FIDELITY BROKERAGE
SERVICES, L.L.C., E-TRADE SECURITIES, L.L.C.,
AND TD AMERITRADE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29TH day of December, 2009, a true and correct copy of the

foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Brooks Beard
Brooks Beard