UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 6:09-CV-304

Name of party requesting extension: Fidelity Brokerage Services, LLC

Is this the first application for extension of time in this case?    ☑ Yes
    ☐ No

If no, please indicate which application this represents:    ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 12/18/2009

Number of days requested:    ☑ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 02/05/2010    *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Deborah J. Race
State Bar No.: 16448700
Firm Name: Ireland, Carroll & Kelley, PC
Address: 6101 S. Broadway, Suite 500
      Tyler, Texas 75703

Phone: (903) 561-1600
Fax: (903) 581-1071
Email: drace@icklaw.com

A certificate of conference does not need to be filed with this unopposed application.