UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:09-CV-304

Name of party requesting extension: TD Ameritrade, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/16/2009

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other 60 days

New Deadline Date: 02/05/2010 *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Deborah J. Race
State Bar No.: 16448700
Firm Name: Ireland, Carroll & Kelley, PC
Address: 6101 S. Broadway, Suite 500
Tyler, Texas 75703

Phone: (903) 561-1600
Fax: (903) 581-1071
Email: drace@icklaw.com

A certificate of conference does not need to be filed with this unopposed application.