# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:09-CV-304 (LED)** |
| **ORACLE CORPORATION, et al.,** | § § § | |
| **Defendants.** | § § § | |

## AGREED MOTION OF SAP AG AND SAP AMERICA, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants SAP AG and SAP America, Inc. ("SAP") file this Agreed Motion for Extension of Time to Answer, Move, or Otherwise Respond Plaintiff's Complaint, and would respectfully show the Court as follows:

WHEREAS plaintiff Aloft Media, LLC filed its original Complaint on July 14, 2009;

WHEREAS plaintiff Aloft Media, LLC filed its First Amended Complaint on November 9, 2009;

WHEREAS plaintiff Aloft Media, LLC filed its Second Amended Complaint on December 18, 2009;

WHEREAS counsel for SAP agreed to accept service on behalf of SAP on December 18, 2009;

WHEREAS SAP requested to extend the deadline to answer, move, or otherwise respond to plaintiff's Complaint until March 9, 2010; and

WHEREAS the parties have met and conferred, and plaintiff does not oppose this request;

WHEREFORE, PREMISES CONSIDERED, SAP respectfully requests that the time to answer, move or otherwise respond to the Complaint be moved to and include March 9, 2010.

DATED: December 30, 2009

By: */s/* David J. Healey
David J. Healey (Texas Bar No. 09327980)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Telephone: (713) 652-0115
Facsimile: (713) 652-0109
healey@fr.com
elacqua@fr.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 30, 2009.

/s/ David J. Healey
David J. Healey