# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ORACLE CORPORATION, § <br> ORACLE USA, INC., § <br> FAIR ISAAC CORP., § <br> FIDELITY INVESTMENTS, LLC, § <br> SCOTTRADE, INC., § <br> TD AMERITRADE, INC., § <br> HALLIBURTON CO., § <br> E-TRADE SECURITIES, LLC, § <br> CHARLES SCHWAB & CO., INC., § <br> SAP AG, and § <br> SAP AMERICA, INC. § <br> § <br> Defendants. § | Civil Action No. 6:09-CV-00304-LED <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION BY CHRISTOPHER M. JOE

Christopher M. Joe of Greenberg Traurig, LLP, listed as attorney of record for Defendant E-Trade Securities, LLC ("E-Trade"), moves this Court for an order permitting him to withdraw from representation of E-Trade in the above cause. Mr. Joe filed E-Trade's First Application For Extension to Answer Complaint on December 1, 2009 (Docket No. 29). Since that time, E-Trade has formally retained Morrison & Foerster LLP and Ireland Carroll & Kelley as counsel for the above-captioned case. Notices of Appearance have been filed by Otis W. Carroll, Jr. (Docket 45), Deborah J. Race (Docket 46), Brooks Michael Beard (Docket 47) and Michael A. Jacobs (Docket 48) on behalf of E-Trade. This withdrawal is not opposed.

Therefore, Christopher M. Joe moves the Court for an order discharging him as attorney of record for Defendant E-Trade Securities, LLC and be removed from the electronic service list in this suit.

Dated: January 6, 2010.                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Christopher M. Joe*
Christopher M. Joe
joec@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3604
Facsimile: (214) 665-5904

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of January, 2010. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Christopher M. Joe*
Christopher M. Joe