## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| ORACLE CORPORATION, ORACLE USA, INC., FAIR ISAAC CORP., FIDELITY INVESTMENTS, LLC, SCOTTRADE, INC., TD AMERITRADE, INC., HALLIBURTON CO., E-TRADE SECURITIES, LLC, CHARLES SCHWAB & CO., INC., SAP AG, and SAP AMERICA, INC. | § § § § § § § § § § § § § | Civil Action No. 6:09-CV-00304-LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW FROM REPRESENTATION OF E-TRADE SECURITIES, LLC BY CHRISTOPHER M. JOE

The Unopposed Motion of Christopher M. Joe to withdraw Christopher M. Joe as attorney of record for Defendant E-Trade Securities, LLC is GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion be and the same is hereby GRANTED. Mr. Joe is discharged as attorney of record for Defendant E-Trade Securities, LLC and shall be removed from the electronic service list in this cause.

IT IS SO ORDERED.