UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:09-cv-304

Name of party requesting extension: Fair Isaac Corporation

Is this the first application for extension of time in this case?    ☐ Yes    ☑ No

If no, please indicate which application this represents:    ☑ Second    ☐ Third    ☐ Other _____

Date of Service of Summons: 11/18/2009

Number of days requested:    ☐ 30 days    ☐ 15 days    ☑ Other 28 days

New Deadline Date: 02/05/2010 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Brett C. Govett

State Bar No.: 08235900

Firm Name: Fulbright & Jaworski L.L.P.

Address: 2200 Ross Avenue
Suite 2800
Dallas, Texas 75201

Phone: (214) 855-8000

Fax: (214) 855-8200

Email: bgovett@fulbright.com

A certificate of conference does not need to be filed with this unopposed application.