# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:09-cv-304 |
| § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, ORACLE § | |
| USA, INC., FAIR ISAAC CORP., § | |
| FIDELITY INVESTMENTS, LLC, § | |
| SCOTTRADE, INC., TD AMERITRADE, § | |
| INC., HALLIBURTON CO., E-TRADE § | |
| SECURITIES, LLC, CHARLES § | |
| SCHWAB & CO., INC., SAP AG, and § | |
| SAP AMERICA, INC., § | |
| § | |
| Defendants. § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF
## REPRESENTATION BY CHRISTOPHER R. RICHIE

Christopher R. Richie of Sessions, Fishman, Nathan, and Israel, LLP, listed as attorney of record for Defendant Charles Schwab & Co., Inc. ("Schwab"), moves this Court for an order permitting him to withdraw from representation of Schwab in the above cause. Mr. Richie filed Schwab's Fist Application for Extension of Time to Answer Complaint on December 4, 2009 (Docket No. 32). Since that time, Schwab has formally retained Morrison & Foerster LLP and Ireland Carroll & Kelley as counsel for the above-captioned case. Notices of Appearance have been filed by Otis W. Carroll, Jr. (Docket 45), Deborah J. Race (Docket 46), Brooks Michael Beard (Docket 47), and Michael A. Jacobs (Docket 48) on behalf of Schwab. This withdrawal is not opposed.

Therefore, Christopher R. Richie moves the Court for an order discharging him as attorney of record for Defendant Charles Schwab Co., Inc. and requesting that he be removed from the electronic service list in this suit.

UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION BY CHRISTOPHER R. RICHIE – PAGE 1

Date: January 8, 2010.

Respectfully submitted,

/s/ Christopher R. Richie
David R. Clouston
State Bar No. 00787253
Christopher R. Richie
State Bar No. 24002839
Leslye E. Moseley
State Bar No. 24044557
Jessica A. Henson
State Bar No.  24068029

**Sessions, Fishman, Nathan & Israel, LLP**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055
Email:  crichie@sessions-law.biz

## CERTIFICATE OF SERVICE

On this 8th day of January 2010, a copy of the foregoing notice was served upon the all counsel of record by operation of the Court's electronic filling system.

/s/ Christopher R. Richie
Christopher R. Richie