# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § **Plaintiff,** § § v. § § ORACLE CORPORATION, ORACLE § USA, INC., FAIR ISAAC CORP., § FIDELITY INVESTMENTS, LLC, § SCOTTRADE, INC., TD AMERITRADE, § INC., HALLIBURTON CO., E-TRADE § SECURITIES, LLC, CHARLES § SCHWAB & CO., INC., SAP AG, and § SAP AMERICA, INC., § § **Defendants.** § | Civil Action No. 6:09-cv-304 **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL FROM REPRESENTATION OF CHARLES SCHWAB & CO, INC. BY CHRISTOPHER R. RICHIE

The Unopposed Motion of Christopher R. Richie to withdraw Christopher R. Richie as attorney of record for Defendant Charles Schwab & Co., Inc. is GRANTED.

IT IS THEREFORE ORDERED Mr. Richie is discharged as attorney of record for Defendant Charles Schwab & Co., Inc. and he shall be removed from the electronic service list in this cause.

IT IS SO ORDERED.