# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § | |
| Plaintiff, § § | |
| v. § § | |
| ORACLE CORPORATION, § ORACLE USA, INC., § FAIR ISAAC CORP., § FIDELITY INVESTMENTS, LLC, § SCOTTRADE, INC., § TD AMERITRADE, INC., § HALLIBURTON CO., § E-TRADE SECURITIES, LLC, § CHARLES SCHWAB & CO., INC., § SAP AG, and § SAP AMERICA, INC. § § | Civil Action No. 6:09-CV-00304-LED  JURY TRIAL DEMANDED |
| Defendants. § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW FROM REPRESENTATION OF E-TRADE SECURITIES, LLC BY CHRISTOPHER M. JOE

The Unopposed Motion of Christopher M. Joe to withdraw Christopher M. Joe as attorney of record for Defendant E-Trade Securities, LLC is GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion be and the same is hereby GRANTED. Mr. Joe is discharged as attorney of record for Defendant E-Trade Securities, LLC and shall be removed from the electronic service list in this cause.

**So ORDERED and SIGNED this 8th day of January, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**