# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:09-cv-304 |
| § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, ORACLE § | |
| USA, INC., FAIR ISAAC CORP., § | |
| FIDELITY INVESTMENTS, LLC, § | |
| SCOTTRADE, INC., TD AMERITRADE, § | |
| INC., HALLIBURTON CO., E-TRADE § | |
| SECURITIES, LLC, CHARLES § | |
| SCHWAB & CO., INC., SAP AG, and § | |
| SAP AMERICA, INC., § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED MOTION FOR
## WITHDRAWAL FROM REPRESENTATION OF CHARLES
## SCHWAB & CO, INC. BY CHRISTOPHER R. RICHIE

The Unopposed Motion of Christopher R. Richie to withdraw Christopher R. Richie as attorney of record for Defendant Charles Schwab & Co., Inc. is GRANTED.

IT IS THEREFORE ORDERED Mr. Richie is discharged as attorney of record for Defendant Charles Schwab & Co., Inc. and he shall be removed from the electronic service list in this cause.

**So ORDERED and SIGNED this 11th day of January, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**