IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ALOFT MEDIA, LLC | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:09-CV-304 |
| | § | |
| ORACLE CORPORATION, ET AL | § | JURY DEMANDED |

## ORDER

Before the Court is the unopposed motion of Defendants Charles Schwab & Co, Inc., Fidelity Brokerage Services, LLC, E-Trade Securities, LLC and TD Ameritrade, Inc. seeking an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement in the above-referenced cause until March 8, 2010. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, Defendants Charles Schwab & Co, Inc., Fidelity Brokerage Services, LLC, E-Trade Securities, LLC and TD Ameritrade, Inc. shall have until and including March 8, 2010, to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement.