IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ALOFT MEDIA, LLC, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-304 |
| | § | |
| ORACLE CORPORATION, ET AL., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT FAIR ISAAC CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Fair Isaac Corporation ("FICO") files this unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement in the above-referenced cause until March 8, 2010. Accordingly, Defendant, Fair Isaac Corporation , respectfully requests that the Court enter an order extending their time to answer or otherwise response to Plaintiff's Second Amended Complaint for Patent Infringement until March 8, 2010.

An order reflecting the relief request is attached for the Court's convenience..

Dated: February 4, 2010

Respectfully submitted this 4th day of February, 2010

*/s/ Brett C. Govett*
Brett C. Govett
Texas Bar No. 08235900
**Lead Attorney**
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bgovett@fulbright.com

Counsel for Defendant
**FAIR ISAAC CORPORATION**

## CERTIFICATE OF CONFERENCE

I certify that on February 3, 2010, counsel for Defendant, Fair Isaac Corporation, conferred with counsel for Plaintiff, Eric Albritton, who agreed to Defendant's request for an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint.

*/s/ Brett C. Govett*
Brett C. Govett

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 4th day of February, 2010.

*/s/ Brett C. Govett*
Brett C. Govett
