# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 6:09-CV-304 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is the unopposed motion of Defendant Fair Isaac Corporation ("FICO") seeking an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement in the above-referenced cause until March 8, 2010. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, Defendant Fair Isaac Corporation, shall have until and including March 8, 2010, to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 5th day of February, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**