IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-304 |
| | § | |
| (1) ORACLE CORPORATION, | § | JURY TRIAL DEMANDED |
| (2) ORACLE USA, INC., | § | |
| (3) FAIR ISAAC CORP., | § | |
| (4) FIDELITY BROKERAGE | § | |
|  SERVICES, LLC, | § | |
| (5) SCOTTRADE, INC., | § | |
| (6) TD AMERITRADE, INC., | § | |
| (7) HALLIBURTON CO., | § | |
| (8) E-TRADE SECURITIES, LLC, | § | |
| (9) CHARLES SCHWAB & CO., INC., | § | |
| (10) SAP AG, AND | § | |
| (11) SAP AMERICA, INC. | § | |
| | § | |
| **Defendants.** | | |

**DEFENDANT HALLIBURTON COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Halliburton Company ("Halliburton"), pursuant to Federal Rule of Civil Procedure 7.1, hereby advises the Court that it does not have a parent corporation. No known publicly held company owns a 10% or more interest in Halliburton Company. Halliburton Company is publicly traded.

DATED: February 24, 2010

                    Respectfully submitted,

                    **McKOOL SMITH, P.C.**

                    By: /s/ Theodore Stevenson, III
                    Theodore Stevenson, III
                        Texas State Bar No. 19196650
                        tstevenson@mckoolsmith.com
                    Aimee Perilloux Fagan
                        Texas State Bar No. 24010299
                        afagan@mckoolsmith.com
                    Phillip Aurentz
                        Texas State Bar No. 24059404
                        paurentz@mckoolsmith.com
                    McKool Smith, P.C.
                    300 Crescent Court, Suite 1500
                    Dallas, Texas 75201
                    Telephone: (214) 978-4000
                    Telecopier: (214) 978-4044

                    **ATTORNEYS FOR DEFENDANT HALLIBURTON COMPANY**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on February 24, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Phillip Aurentz
                                        Phillip Aurentz