IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-cv-304 |
| v. | § | |
| | § | |
| ORACLE CORPORATION, et al. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**PLAINTIFF ALOFT MEDIA, LLC'S ANSWER TO
DEFENDANT HALLIBURTON CO.'S COUNTERCLAIMS**

Plaintiff Aloft Media, LLC ("Aloft") responds to each of the numbered paragraphs of the Counterclaims of Halliburton Company ("Halliburton"), as set forth in its Original Answer to Plaintiff's Second Amended Complaint for Patent Infringement as follows:

**COUNTERCLAIMS**

**JURISDICTION**

1. Admitted.

2. Admitted.

3. Admitted.

**PARTIES**

4. Admitted.

5. Admitted.

**BACKGROUND**

6. Admitted.

7. Aloft admits that Halliburton has denied Aloft's claims of infringement and that Halliburton contends that the patents-in-suit are invalid and unenforceable, but Aloft denies any other allegations.

8. Aloft admits that an actual controversy exists between Halliburton and Aloft, but Aloft denies any other allegations.

## COUNT I – DECLARATION OF NON-INFRINGEMENT

9. Aloft restates and incorporates by reference each answer to Counterclaim paragraph 1–8.

10. Admitted.

11. Denied.

12. Aloft admits that Halliburton seeks a declaration of non-infringement of the patents-in-suit, but Aloft denies any other allegations.

## COUNT II – DECLARATION OF PATENT INVALIDITY

13. Aloft restates and incorporates by reference each answer to Counterclaim paragraph 1–12.

14. Denied

15. Aloft admits that Halliburton seeks a declaration that the patents-in-suit are invalid and/or unenforceable, but Aloft denies any other allegations.

## PRAYER FOR RELIEF

Aloft denies that Halliburton is entitled to any relief, and specifically denies that Halliburton is entitled to any of the relief requested in paragraphs A-F of Halliburton's Prayer for Relief.

**DEMAND FOR JURY TRIAL**

Aloft demands a trial by jury on all issues so triable.

Dated:  March 1, 2010                              Respectfully submitted,


                                                   /s/ *Danny L. Williams*
                                                   Eric M. Albritton
                                                   Texas Bar No. 00790215
                                                   Adam Biggs
                                                   Texas Bar No. 24051753
                                                   Matthew C. Harris
                                                   Texas Bar No. 24059904
                                                   ALBRITTON LAW FIRM
                                                   P.O. Box 2649
                                                   Longview, Texas 75606
                                                   Telephone: (903) 757-8449
                                                   Facsimile: (903) 758-7397
                                                   ema@emafirm.com
                                                   aab@emafirm.com
                                                   mch@emafirm.com

                                                   T. John Ward, Jr.
                                                   State Bar No. 00794818
                                                   Ward & Smith Law Firm
                                                   P.O. Box 1231
                                                   Longview, Texas 75606-1231
                                                   Telephone: 903-757-6400
                                                   Facsimile: 903-757-2323
                                                   jw@jwfirm.com

                                                   Danny L. Williams
                                                   Texas Bar No. 21518050
                                                   Christopher N. Cravey
                                                   Texas Bar No. 24034398
                                                   Matthew R. Rodgers
                                                   Texas Bar No. 24041802
                                                   Michael A. Benefield
                                                   Indiana Bar No. 24560-49
                                                   WILLIAMS, MORGAN & AMERSON, P.C.
                                                   10333 Richmond, Suite 1100
                                                   Houston, Texas 77042
                                                   Telephone: (713)934-7000

Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com
mbenefield@wmalaw.com

***Counsel for Aloft Media, LLC***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 1st day of March, 2010.


    __Connie Kuykendall_____