IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:09-CV-304 |
| | § | |
| ORACLE CORPORATION, ET AL | § | JURY DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendants Charles Schwab & Co, Inc., Fidelity Brokerage Services, LLC, E-Trade Securities, LLC and TD Ameritrade, Inc. file this unopposed motion seeking an extension of time within which to answer, move or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement in the above-referenced cause up to and including until March 19, 2010. Accordingly, Defendants Charles Schwab & Co, Inc., Fidelity Brokerage Services, LLC, E-Trade Securities, LLC and TD Ameritrade, Inc. respectfully request that the Court enter an order extending their time to answer, move or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement until March 19, 2010.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

DATE: March 5, 2010
BY: /s/ Deborah Race
Otis Carroll
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:(903) 561-1600
Facsimile: (903) 581-1071
Fedserv@icklaw.com

**ATTORNEYS FOR DEFENDANTS
CHARLES SCHWAB & CO, INC.,
FIDELITY BROKERAGE SERVICES,
LLC, E-TRADE SECURITIES, LLC and
TD AMERITRADE, INC.**

## CERTIFICATE OF CONFERENCE

I certify that on counsel for Defendants Charles Schwab & Co, Inc., Fidelity Brokerage Services, LLC, E-Trade Securities, LLC and TD Ameritrade, Inc.  conferred with counsel for Plaintiff, Eric Albritton, who agreed to Defendants' request for an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint.

/s/ Deborah Race
Deborah Race

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 5th day of March, 2010.

/s/ Deborah Race
Deborah Race