IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:09-CV-304 |
| ORACLE CORPORATION, ET AL., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER

Before the Court is the unopposed motion of Defendant Fair Isaac Corporation ("FICO") seeking an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement in the above-referenced cause until March 22, 2010. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, Defendant Fair Isaac Corporation, shall have until and including March 22, 2010, to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 8th day of March, 2010.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE