**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ALOFT MEDIA, LLC § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | Civil Action No. 6:09-CV-0304-LED |
| § | |
| ORACLE CORPORATION, ET AL., § | |
| § | |
| § | |
| DEFENDANTS. § | |

**STIPULATED MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Aloft Media LLC, by and through its counsel of record, hereby dismisses with prejudice all claims asserted by it against SAP AG and SAP America, Inc. in Case No. 6:09-cv-304 captioned above.  Also pursuant to the provisions of Fed. R. Civ. P. 41, Defendants SAP AG and SAP America, Inc. hereby dismiss with prejudice all counterclaims asserted by it against Aloft Media LLC in the above referenced cause.  Each side will bear its own fees and costs.

Respectfully Submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
Matthew C. Harris
Texas State Bar no. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449

Facsimile: (903) 758-7397
ema@emafirm.com
aab@emafirm.com
mch@emafirm.com

*Counsel for Plaintiff*


\_/s/ David J. Healey_____
*(with permission by Eric M. Albritton)*
David J. Healey (Texas Bar No. 09327980)
Lead Attorney
Benjamin C. Elacqua (Texas Bar No. 24055443)
**FISH & RICHARDSON P.C.**
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Telephone: (713) 652-0115
Facsimile: (713) 652-0109
healey@fr.com
elacqua@fr.com

*Counsel for SAP AG and SAP America, Inc.*


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 11th day of March, 2010.

Eric M. Albritton