IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-0304-LED |
| | § | |
| ORACLE CORPORATION, ET AL., | § | |
| | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL

Plaintiff Aloft Media LLC and Defendants SAP AG and SAP America, Inc. have filed a Stipulated Order of Dismissal, dismissing with prejudice the claims each party respectively has against the other.

IT IS ORDERED, ADJUDGED AND DECREED that all claims, counterclaims or causes of action asserted in this suit by Plaintiff Aloft Media LLC and Defendants SAP AG and SAP America, Inc. are hereby dismissed with prejudice.

It is further ORDERED that each side will bear its own fees and costs.

**So ORDERED and SIGNED this 12th day of March, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**