**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| ALOFT MEDIA, LLC, § § *Plaintiff*, § § Civil Action No. 6:09-CV-304-LED v. § § § JURY TRIAL DEMANDED ORACLE CORPORATION, *et al.*, § § *Defendants*. § | |

## ORDER DISMISSING DEFENDANT FIDELITY INVESTMENTS, LLC WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims by Plaintiff Aloft Media, LLC ("Aloft") against Defendant Fidelity Investments, LLC ("Fidelity Investments") are hereby DISMISSED WITH PREJUDICE.

Aloft and Fidelity Investments will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**