## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| Plaintiff, | § | Civil Action No. 6:09-CV-304 |
| v. | § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, ET AL., | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF PHILLIP AURENTZ

I, Phillip Aurentz, declare and state under the penalty of perjury as follows:

1. My name is Phillip Aurentz. I am over the age of twenty-one (21) years, have never been convicted of a felony, and am fully competent to make this declaration. I have personal knowledge of matters set forth herein and know them to be true and correct. I understand that this declaration is submitted in support of Defendants' Response to Plaintiff's Opening Brief Regarding Claim Construction ("Defendants' Markman Brief"). I am an Associate at the law firm of McKool Smith, P.C., attorneys representing Halliburton Energy Services, Inc. and Halliburton Company (collectively, "Halliburton") having day-to-day conduct of this litigation, and have gained knowledge of the following matters in that capacity:

2. Attached as Exhibit A to Defendants' Markman Brief is a true and correct copy of U.S. Patent No. 7,499,898.

3. Attached as Exhibit B to Defendants' Markman Brief is a true and correct copy of U.S. Patent No. 7,593,910.

4. Attached as Exhibit C to Defendants' Markman Brief is a true and correct copy of the relevant pages of The American Heritage Dictionary (3d ed. 1994).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed on December 7, 2010, in Dallas, Texas.

                                                  _/s/ Phillip Aurentz_____
                                                  Phillip Aurentz