# EXHIBIT C

# THE AMERICAN HERITAGE®

# *dic·tion·ar·y*

THIRD EDITION

LAUREL

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

40
OPM

**soul•ful** (sōl′fəl) *adj.* Filled with or expressing deep feeling. **—soul′ful•ly** *adv.* **—soul′ful•ness** *n.*

**sound¹** (sound) *n.* **1.a.** A vibratory disturbance, with frequencies in the approximate range of 20 to 20,000 hertz, capable of being heard. **b.** The sensation stimulated in the organs of hearing by such a disturbance. **c.** Such sensations collectively. **2.** A distinctive noise. **3.** *Ling.* An articulation made by the vocal apparatus. **4.** A conveyed impression; implication. **5.** Auditory material that is recorded, as for a movie. *—v.* **1.** To make or cause to make a sound. **2.** To convey an impression: *sounds reasonable.* **3.** To summon or signal by a sound. **4.** *Medic.* To examine by auscultation. [< Lat. *sonus.*] **—sound′er** *n.* **—sound′less** *adj.* **—sound′less•ly** *adv.*

**sound²** (sound) *adj.* **-er, -est. 1.** Free from defect or damage. **2.** Solid. **3.** Financially secure or safe. **4.** Based on valid reasoning. **5.** Thorough; complete: *a sound thrashing.* **6.** Deep and undisturbed: *a sound sleep.* **7.** *Law.* Legally valid: *sound title.* [< OE *gesund.*] **—sound′ly** *adv.* **—sound′ness** *n.*

**sound³** (sound) *n.* A long body of water, wider than a strait, usu. connecting larger bodies of water. [< OE *sund,* sea.]

**sound⁴** (sound) *v.* **1.** To measure the depth of (water). **2.** To try to learn the attitudes or opinions of. **3.** To dive swiftly downward, as a whale. [< OFr. *sonde,* sounding line.] **—sound′er** *n.* **—sound′ing** *n.*

**sound barrier** *n.* See **sonic barrier.**

**sound effects** *pl.n.* Imitative sounds, as of thunder, produced for film, stage, or radio.

**sound•ing board** (soun′dĭng) *n.* **1.** A thin board forming the upper portion of the resonant chamber in an instrument, such as a violin or piano. **2.** A structure placed so as to amplify a speaker's voice. **3.** A means serving to spread or popularize opinions.

**sound•proof** (sound′pro͞of′) *adj.* Not penetrable by audible sound. **—sound′proof′** *v.*

**sound•track** (sound′trăk′) *n.* **1.** The narrow strip at one side of a movie film that carries the sound recording. **2.** A recording of the music from a movie.

**soup** (so͞op) *n.* A liquid food prepared from meat, fish, or vegetable stock combined with various other ingredients. **—*phrasal verb.* soup up.** *Slang.* To add greater speed potential to. **—*idiom.* in the soup.** *Slang.* In trouble or difficulties. [< OFr. *soupe,* of Gmc. orig.]

**soup•çon** (so͞op-sôɴ′, so͞op′sŏn′) *n.* A very small amount; trace. [< OFr. *sospeçon,* SUSPICION.]

**soup kitchen** *n.* A place where food is offered to the needy.

**soup•y** (so͞o′pē) *adj.* **-i•er, -i•est. 1.** Having the appearance or consistency of soup. **2.** *Slang.* Foggy.

**sour** (sour) *adj.* **-er, -est. 1.** Having a sharp or acid taste. **2.** Spoiled or rancid. **3.a.** Bad-tempered. **b.** Displeased, disagreeable, or disenchanted. *—v.* To make or become sour. [< OE *sūr.*] **—sour′ish** *adj.* **—sour′ly** *adv.* **—sour′ness** *n.*

***Syns:*** *sour, acid, tart* **adj.**

**sour•ball** (sour′bôl′) *n.* A round piece of hard tart candy.

**source** (sôrs, sōrs) *n.* **1.** A point of origin. **2.** The beginning of a stream of water, such as a spring or river. **3.** One that supplies information. [< OFr. *sourse* < *sourdre,* rise. See SURGE.]

**sour cream** *n.* Cream soured esp. by lactic-acid bacteria and used in cooking.

**sour•dough** (sour′dō′) *n.* Sour fermented dough used as leaven in making bread.

**sour•sop** (sour′sŏp′) *n.* A tropical American tree bearing spiny tart fruit.

**Sou•sa** (so͞o′zə, -sə), **John Philip.** 1854–1932. Amer. bandmaster and composer.

**souse** (sous) *v.* **soused, sous•ing. 1.** To plunge into a liquid. **2.** To drench or become drenched. See Syns at **dip. 3.** To steep. **4.** *Slang.* To make intoxicated. *—n.* **1.** The act or process of sousing. **2.a.** Food steeped in pickle, esp. pork trimmings. **b.** Brine. **3.** *Slang.* A drunkard. [< OFr. *sous,* pickled meat, of Gmc. orig.]

**south** (south) *n.* **1.a.** The direction along a meridian 90° clockwise from east. **b.** The compass point 180° clockwise from north. **2.** Often **South. a.** The southern part of the earth. **b.** The southern part of a region or country. *—adj.* **1.** To, toward, of, or in the south. **2.** Coming from the south: *a south wind.* *—adv.* In, from, or toward the south. [< OE *sūth.*] **—south′ward** (south′wərd, sŭth′ərd) *adj. & adv.* **—south′ward•ly** *adj. & adv.* **—south′wards** *adv.*

**South Africa.** A country of S Africa on the Atlantic and Indian oceans. Caps. Pretoria, Cape Town, and Bloemfontein. Pop. 24,208,140. **—South Af′ri•can** *adj. & n.*

**South America.** A continent of the S Western Hemisphere SE of North America between the Atlantic and Pacific oceans. **—South A•mer′i•can** *adj. & n.*

**South•amp•ton** (south-hămp′tən, sou-thămp′-). A borough of S-central England on an inlet of the English Channel. Pop. 208,800.

**South Atlantic Ocean.** The S part of the Atlantic, from the equator to Antarctica.

**South Bend.** A city of N IN near the MI border NW of Fort Wayne. Pop. 105,511.

**South Car•o•li•na** (kăr′ə-lī′nə). A state of the SE U.S. bordering on the Atlantic. Cap. Columbia. Pop. 3,505,707. **—South Car′o•lin′i•an** (-lĭn′ē-ən) *adj. & n.*

**South China Sea.** An arm of the W Pacific bounded by SE China, Taiwan, the Philippines, Borneo, and Vietnam.

**South Da•ko•ta** (də-kō′tə). A state of the N-central U.S. Cap. Pierre. Pop. 699,999. **—South Da•ko′tan** *adj. & n.*

**south•east** (south-ēst′, sou-ēst′) *n.* **1.** The direction that is 45° clockwise from east and 45° counterclockwise from south. **2.** Often **Southeast.** An area or a region lying to the southeast of a particular point. **—south•east′** *adj. & adv.* **—south•east′er•ly** *adj. & adv.* **—south•east′ern** *adj.* **—south•east′ward** *adv. & adj.* **—south•east′ward•ly** *adv. & adj.* **—south•east′wards** *adv.*

**Southeast Asia.** A region of Asia including Indochina, the Malay Peninsula, and the Malay Archipelago.

**south•east•er** (south-ē′stər, sou-ē′-) *n.* A storm or gale blowing from the southeast.

**south•er•ly** (sŭth′ər-lē) *adj.* **1.** In or toward the south. **2.** From the south: *southerly winds.* **—south′er•ly** *adv.*

**south•ern** (sŭ
ward the sou
*ern breezes.* [
**most′** *adj.*
**Southern Alps.**
coast of Sout
**south•ern•er**
nər) *n.* A nati
region.
**Southern Hem**
earth south o
**southern lights**
**Southern Yeme**
Asia on the A
North Yemen
try of Yemen.
**Sou•they** (sou
1843. British
**South Frigid Z**
**South Island.** A
of North I., f
Cook Strait.
**South Korea.** A
Korean peni
39,951,000. –
**South Pacific O**
cific, from the
**south•paw** (so
handed person
pitcher.
**South Polar Reg**
**South Pole** *n.* **1.**
axis of rotatio
The celestial
viewed from th
**South Sea Islan**
cific, roughly
**—South Sea Is**
**South Seas.** Th
esp. the S Paci
**South Temperat**
**South Vietnam.**
(1954–75); now
**Vietnamese** *adj*
**south•west** (sou
The direction 4
45° countercloc
**Southwest.** An
southwest. –
**—south•west′e**
**west′ern** *adj.* -
*adj.* **—south•w**
**—south•west′w**
**south•west•er**
also **sou′•west•**
or gale from the
hat with a broa
**sou•ve•nir** (so͞o′
token of remem
*subvenīre,* come
*venīre,* come; se
**sov•er•eign** (sŏv
chief of state in
formerly used in
dependent: *a so*
preme rank or
supreme. **4.a.** E
*sovereign conte*
< Lat. *super,* ab
**sov•er•eign•ty** (
*pl.* **-ties. 1.** Supre
**2.** Royal rank, au
plete independen
**so•vi•et** (sō′vē-ĕt

ɔe that has an
ıigh to permit
:eraction with

n) *n.*, *pl.* **va•**
:hat one con-
*le mēcum*, go

ap. of Liech-
hine R. Pop.

1. A person
who moves
. 2. A tramp;
*lus*, wander-
'ag'a•bond'-

., *pl.* -ries. 1.
ɔening. 2. A
.]
or -nae (-nē).
vulva to the
Lat. *vāgīna*,
l) *adj.*
vho wanders
a permanent
ɔ lives on the
:ic nuisance.
ce to place;
om fashion.
er, of Gmc.

•est. 1. Not
2. Lacking
acter; indis-
understood,
'ague'ly *adv.*

t successful;
.acking sub-
Excessively
accomplish-
ain. 1. To no
:verently or
*us*, empty.]

*idle, nuga-*

r'ē) *n.*, *pl.*
nity. 2. Vain
ı•glo'ri•ous

1; value.
1. An orna-
:op edge, as
ne mounted
w. [ME.]
Lat. *vallēs*.]
ı. An act of
. [< Lat.

k-tôr'ē-ən,
ı the highest
delivers the

exercises. —**val'e•dic'to•ry** *adj.*

**va•lence** (vā'ləns) *n. Chem.* **1.** The capacity of an atom or group of atoms to combine in specific proportions with other atoms. **2.** An integer used to represent this capacity. [< Lat. *valēre*, be strong.]

**Va•len•ci•a** (və-lĕn'shē-ə, -sē-ə). **1.** A region and former kingdom of E Spain on the Mediterranean coast S of Catalonia. **2.** A city of E Spain on the **Gulf of Valencia**, a wide inlet of the Mediterranean Sea. Pop. 785,273. **3.** A city of N Venezuela WSW of Caracas on the W shore of **Lake Valencia**. Pop. 523,000.

**-valent** *suff.* Having a specified valence or valences: *polyvalent*. [< VALENCE.]

**val•en•tine** (văl'ən-tīn') *n.* **1.** A usu. sentimental card sent to a sweetheart or friend on Saint Valentine's Day. **2.** One's chosen sweetheart on Saint Valentine's Day.

**Val•en•tine** (văl'ən-tīn'), St. fl. 3rd cent. A.D. Roman Christian martyr.

**Val•en•tine's Day** or **Val•en•tines Day** (văl'ən-tīnz') *n.* See **Saint Valentine's Day.**

**va•le•ri•an** (və-lîr'ē-ən) *n.* A plant widely cultivated for its small fragrant flowers and for use in medicine as a sedative. [< Med. Lat. *valeriāna*.]

**Va•le•ri•an** (və-lîr'ē-ən). d. c. A.D. 260. Emperor of Rome (253–260).

**val•et** (văl'ĭt, văl'ā, vă-lā') *n.* **1.** A man's male servant, who takes care of his clothes and performs other personal services. **2.** An employee, as in a hotel, who performs personal services for guests. [< VLat. *vassellitus, servant.]

**val•e•tu•di•nar•i•an** (văl'ĭ-to͞od'n-âr'ē-ən, -tyo͞od'-) *n.* A sickly or weak person who is constantly concerned with his or her health. [< Lat. *valētūdō*, health.] —**val'e•tu'di•nar'i•an•ism** *n.*

**Val•hal•la** (văl-hăl'ə, väl-hä'lə) *n. Myth.* In Norse myth, the hall in which Odin received the souls of slain heroes.

**val•iant** (văl'yənt) *adj.* Possessing, showing, or acting with valor; brave. [< Lat. *valēre*, be strong.] —**val'iance** *n.* —**val'iant•ly** *adv.*

**val•id** (văl'ĭd) *adj.* **1.** Founded on evidence or fact; sound: *a valid objection*. **2.** Having legal force; effective: *a valid passport*. [< Lat. *validus*, strong.] —**va•lid'i•ty, val'id•ness** *n.* —**val'id•ly** *adv.*

**val•i•date** (văl'ĭ-dāt') *v.* **-dat•ed, -dat•ing. 1.** To make legally valid. **2.** To substantiate; verify. —**val'i•da'tion** *n.*

**va•lise** (və-lēs') *n.* A small piece of hand luggage. [Fr. < Ital. *valigia*.]

**Val•i•um** (văl'ē-əm). A trademark used for the drug diazepam.

**Val•kyr•ie** (văl-kîr'ē, -kī'rē, văl'kə-rē) *n. Myth.* In Norse myth, any of Odin's handmaidens who conducted the souls of the slain to Valhalla.

**Val•la•do•lid** (văl'ə-də-lĭd'). A city of NW-central Spain NNW of Madrid. Pop. 331,404.

**Val•le•jo** (və-lā'ō, -hō). A city of W CA on San Pablo Bay N of Oakland. Pop. 109,199.

**Val•let•ta** (və-lĕt'ə). The cap. of Malta, on

where two slopes of a roof form a drainage channel. [< Lat. *vallēs*.]

**Val•ley Forge** (văl'ē). A village of SE PA; site of George Washington's winter headquarters (1777–78).

**val•or** (văl'ər) *n.* Courage and boldness, as in battle; bravery. [< LLat. *valor*.] —**val'or•ous** *adj.*

**Val•pa•rai•so** (văl'pə-rī'zō). A city of central Chile on the Pacific WNW of Santiago. Pop. 265,355.

**val•u•a•ble** (văl'yo͞o-ə-bəl, văl'yə-) *adj.* **1.** Having high monetary or material value. **2.** Of great importance, use, or service. —*n.* Often **valuables.** A valuable personal possession, such as a piece of jewelry.

**val•u•ate** (văl'yo͞o-āt') *v.* **-at•ed, -at•ing.** To set a value for; appraise. —**val'u•a'tor** *n.*

**val•u•a•tion** (văl'yo͞o-ā'shən) *n.* **1.** The act of assessing value or price; appraisal. **2.** Assessed value or price.

**val•ue** (văl'yo͞o) *n.* **1.** A fair equivalent or return for something, as goods or services. **2.** Monetary or material worth. **3.** Worth as measured in usefulness or importance; merit. **4.** A principle, standard, or quality considered worthwhile or desirable. **5.** Precise meaning, as of a word. **6.** *Math.* An assigned or calculated numerical quantity. **7.** *Mus.* The relative duration of a tone or rest. **8.** The relative darkness or lightness of a color. **9.** *Ling.* The sound quality of a letter or diphthong. —*v.* **-ued, -u•ing. 1.** To determine or estimate the value of; appraise. **2.** To regard highly; esteem. **3.** To rate according to relative worth or desirability; evaluate. [< OFr. *valoir*, to be worth.] —**val'ue•less** *adj.*

**val•ue-add•ed tax** (văl'yo͞o-ăd'ĭd) *n.* A tax on the estimated market value added to a product or material at each stage of manufacture or distribution.

**valve** (vălv) *n.* **1.** *Anat.* A membranous structure, as in a vein, that prevents the return flow of a fluid. **2.a.** A device that regulates the flow of gases or liquids by blocking and opening passageways. **b.** The movable control element of such a device. **c.** A device in a brass wind instrument that permits change in pitch by a rapid varying of the air column in a tube. **3.** A paired or separable structure or part, as of a mollusk shell or seed pod. [< Lat. *valva*, leaf of a door.] —**valved** *adj.*

**va•moose** (vă-mo͞os', və-) *v.* **-moosed, -moos•ing.** *Slang.* To leave hurriedly. [< Sp. *vamos*, let's go.]

**vamp**[1] (vămp) *n.* **1.** The part of a boot or shoe covering the instep and often the toe. **2.** *Mus.* An improvised accompaniment. —*v.* **1.** To provide with a new vamp. **2.** To patch up. **3.** To improvise. [< OFr. *avanpie*, sock : *avaunt*, before + *pie*, foot (< Lat. *pēs*; see **ped-***).] —**vamp'er** *n.*

**vamp**[2] (vămp) *Informal. n.* A woman who exploits men esp. by seduction. [< VAMPIRE.] —**vamp** *v.*

**vam•pire** (văm'pīr') *n.* **1.** A reanimated corpse believed to rise from the grave at night to suck the blood of sleeping people.